No. 96–8237. JEFFERSON v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 96–8251. PONCE-BRAN v. TRUSTEES OF CALIFORNIA STATE UNIVERSITY AND COLLEGES. Ct. App. Cal., 3d App. Dist. Certiorari denied. 

No. 96–8267. PINO-LARA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 96–8268. So v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–8274. COX v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 96–8275. RICARDO RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 96–8276. SHORT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 96–8291. WALKER v. UNITED STATES; and
No. 96–8332. COOK v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 104 F. 3d 368.

No. 96–8293. LINVILLE v. LINVILLE. Ct. Sp. App. Md. Certiorari denied. 

No. 96–8294. KEIRSEY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 96–8300. PARTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 96–8303. PULLOCK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 96–8304. BAIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 96–8309. KAISSERMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.